# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **CHRISTOPHER B. CUMMINGS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:23-cv-00947-AMM-SGC |
| **WALKER COUNTY JAIL,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On September 8, 2023, the magistrate judge entered a report recommending this action be dismissed for failure to prosecute because the plaintiff, Christopher B. Cummings, has not filed an application to proceed *in forma pauperis* or paid the filing fee. Doc. 4. Mr. Cummings was advised of his right to file written objections within fourteen days, but the court has not received any objections or other response from Mr. Cummings.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 4. Consistent with that recommendation, this action will be dismissed without prejudice because Mr. Cummings has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this 11th day of October, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE